# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 173.28.210.97 | Mediacom Communications | 2011-11-27 19:54:43 |
| 174.159.173.45 | Sprint PCS | 2011-11-06 06:28:29 |
| 205.178.46.48 | RCN Corporation | 2011-11-29 18:49:08 |
| 207.181.228.176 | RCN Corporation | 2011-11-16 18:30:38 |
| 24.13.17.112 | Comcast Cable Communications | 2011-11-07 02:05:22 |
| 24.13.183.20 | Comcast Cable Communications | 2011-11-07 22:28:23 |
| 24.136.27.180 | RCN Corporation | 2011-11-23 05:42:18 |
| 24.14.14.36 | Comcast Cable Communications | 2011-12-12 22:28:02 |
| 24.14.82.72 | Comcast Cable Communications | 2011-12-13 03:58:09 |
| 24.148.61.149 | RCN Corporation | 2011-11-09 09:43:39 |
| 24.15.118.124 | Comcast Cable Communications | 2011-11-08 23:30:13 |
| 24.15.199.76 | Comcast Cable Communications | 2011-12-12 15:09:48 |
| 24.15.211.90 | Comcast Cable Communications | 2011-11-08 07:15:51 |
| 50.31.29.189 | Steadfast Networks | 2011-12-13 23:32:05 |
| 50.82.168.96 | Mediacom Communications | 2011-11-29 17:04:08 |
| 67.159.45.48 | FDCservers.net | 2011-11-21 22:05:31 |
| 67.162.109.72 | Comcast Cable Communications | 2011-11-28 17:47:53 |
| 67.175.100.191 | Comcast Cable Communications | 2011-12-13 05:29:01 |
| 67.175.170.176 | Comcast Cable Communications | 2011-11-09 02:20:34 |
| 67.176.200.167 | Comcast Cable Communications | 2011-11-21 16:47:34 |
| 67.184.255.31 | Comcast Cable Communications | 2011-12-09 05:35:28 |
| 67.186.111.25 | Comcast Cable Communications | 2011-12-13 02:20:21 |
| 68.58.95.198 | Comcast Cable Communications | 2011-11-24 17:14:43 |
| 69.47.222.125 | WideOpenWest | 2011-11-08 09:40:42 |
| 70.225.163.197 | AT&T Internet Services | 2011-12-13 01:28:52 |
| 71.194.10.170 | Comcast Cable Communications | 2011-11-10 02:08:58 |
| 71.194.193.212 | Comcast Cable Communications | 2011-11-27 03:54:41 |
| 71.201.139.77 | Comcast Cable Communications | 2011-12-10 02:12:51 |
| 71.201.5.38 | Comcast Cable Communications | 2011-12-07 16:30:34 |
| 71.201.77.116 | Comcast Cable Communications | 2011-11-13 03:03:11 |
| 71.239.62.218 | Comcast Cable Communications | 2011-11-25 01:33:12 |
| 75.132.153.97 | Charter Communications | 2011-11-14 19:24:42 |
| 76.16.225.191 | Comcast Cable Communications | 2011-11-24 03:57:02 |
| 76.16.64.62 | Comcast Cable Communications | 2011-12-05 18:40:53 |
| 76.237.179.31 | AT&T Internet Services | 2011-11-27 12:50:45 |
| 96.25.148.128 | Clearwire US | 2011-11-07 19:35:22 |
| 98.206.25.37 | Comcast Cable Communications | 2011-12-09 18:39:40 |
| 98.206.30.252 | Comcast Cable Communications | 2011-11-07 02:04:48 |
| 98.213.49.134 | Comcast Cable Communications | 2011-11-22 05:01:59 |
| 98.215.144.174 | Comcast Cable Communications | 2011-11-09 23:24:38 |
| 98.222.4.185 | Comcast Cable Communications | 2011-12-04 17:33:14 |
| 98.223.131.132 | Comcast Cable Communications | 2011-12-03 20:18:38 |
| 98.226.34.140 | Comcast Cable Communications | 2011-11-26 00:17:21 |
| 98.227.105.12 | Comcast Cable Communications | 2011-11-08 01:32:41 |
| 98.227.192.233 | Comcast Cable Communications | 2011-11-14 22:12:35 |
| 99.141.128.18 | AT&T Internet Services | 2011-11-30 06:44:28 |

| | | |
|---|---|---|
| 99.66.254.41 | AT&T Internet Services | 2011-11-12 04:39:11 |
| 99.97.58.230 | AT&T Internet Services | 2011-11-28 14:57:08 |