# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | |
| | ) | CASE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: |
| | ) | Magistrate Judge: |
| DOES 1 – 48, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

Plaintiff Hard Drive Productions, Inc. does not have a parent corporation. No publicly held company owns 5% or more of Plaintiff's stock.

Respectfully submitted,

Hard Drive Productions, Inc.

DATED: December 21, 2011

By:     By: /s/ Paul Duffy
                 Paul Duffy (Bar No. 6210496)
                 Prenda Law Inc.
                 161 N. Clark St., Suite 3200
                 Chicago, IL 60601
                 Telephone: (312) 880-9160
                 Facsimile: (312) 893-5677
                 E-mail: paduffy@wefightpiracy.com
                 *Attorney for Plaintiff*