IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTS,<br><br>        Plaintiff,<br><br>v.<br><br>DOES 1-48,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:11-cv-09062<br><br>**Honorable Robert M. Dow, Jr.**<br><br>**Magistrate Judge Young B. Kim** |

**PROPOSED PROTECTIVE ORDER**

In response to the Motion filed by Defendant IP address 99.141.128.18, the Court Orders as follows:

Plaintiff shall maintain the identity (name and address) of this defendant in confidence and shall refer to this defendant in any pleadings filed in the court only with the IP address 99.141.128.18 until further ordered by this court.

Before plaintiff is permitted to amend the complaint to name this defendant or refer to this defendant by other than the listed IP address, plaintiff must establish to this court's satisfaction that plaintiff has prima facie evidence that this defendant himself personally infringed plaintiff's copyright identified in the complaint.

ENTER

_____
Young B. Kim
United States Magistrate Judge